UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Success Mortgage Partners, Inc.,

    Plaintiff,

vs.

Stockton Mortgage Corp.,

    Defendant.

Case No. 22-cv-12996
Hon. Linda V. Parker
Hon. David R. Grand

---

| | |
|---|---|
| Robert J. Kinggo, III | John F. Birmingham, Jr. (P47150) |
| Trott Law, P.C | Leah R. Imbrogno (P79384) |
| 31440 Northwestern Highway | Amir El-Aswad (P86092) |
| Suite 200 | Foley & Lardner LLP |
| Farmington Hills, MI 48334 | 500 Woodward Avenue, Suite 2700 |
| (248) 593-0496 | Detroit, Michigan 48226 |
| rkinggo@trottlaw.com | (313) 234-7100 |
| *Attorney for Plaintiff* | jbirmingham@foley.com |
| | limbrogno@foley.com |
| | ael-aswad@foley.com |
| | *Attorneys for Defendant* |

---

## STIPULATED ORDER ESTABLISHING TIME TO <u>ANSWER OR OTHERWISE RESPOND TO COMPLAINT</u>

    The matter is before the Court on the Parties' stipulation to establish a deadline by which Defendant must answer or otherwise respond to the Complaint. The Court has reviewed the stipulation and finds that it should be granted.

2

Accordingly, **IT IS ORDERED** that Defendant must answer or otherwise respond to the Complaint on or before **January 23, 2023**.

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: January 5, 2023

**Approved as to Form and Substance.**

| **Trott Law, P.C** | **Foley & Lardner LLP** |
|---|---|
| By: */s/ Robert J. Kinggo, III* | By: */s/ John F. Birmingham, Jr.* |
| Robert J. Kinggo, III | John F. Birmingham, Jr. (P47150) |
| Trott Law, P.C | Leah R. Imbrogno (P79384) |
| 31440 Northwestern Highway | Amir El-Aswad (P86092) |
| Suite 200 | 500 Woodward Avenue, Suite 2700 |
| Farmington Hills, MI 48334 | Detroit, Michigan 48226 |
| (248) 593-0496 | (313) 234-7100 |
| rkinggo@trottlaw.com | jbirmingham@foley.com |
|  | limbrogno@foley.com |
|  | ael-aswad@foley.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |