UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUCCESS MORTGAGE PARTNERS, INC.,

    Plaintiff,

v.

STOCKTON MORTAGE CORP.,

    Defendant.

Case No. 22-cv-12996
Hon. Linda V. Parker
Hon. David R. Grand

_____

| | |
|---|---|
| Robert J. Kinggo III (P47150)<br>Trott Law, P.C.<br>31440 Northwestern Highway<br>Suite 145<br>Farmington Hills, MI 48334<br>(248) 593-0496<br>rkinggo@trottlaw.com<br>*Attorney for Plaintiff* | John F. Birmingham, Jr.<br><br>Leah R. Imbrogno (P79384)<br>Amir El-Aswad (P86092)<br>Foley & Lardner LLP<br>500 Woodward Avenue, Suite 2700<br>Detroit, Michigan 48226<br>(313) 234-7100<br>jbirmingham@foley.com<br>llimbrogno@foley.com<br>ael-aswad@foley.com<br>*Attorneys for Defendant* |

_____

**STIPULATED ORDER ESTABLISHING TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL AND/OR TO STRIKE**

    The matter is before the Court on the Parties' stipulation to establish a deadline by which Plaintiff, Success Mortgage Corporation ("Plaintiff") must file a

response to Defendant's Motion for Partial Dismissal and/or to Strike (Dkt. No. 11). The Court has reviewed the stipulation and finds that it should be GRANTED.

Accordingly, **IT IS ORDERED** that Plaintiff must file its response to Defendant's Motion for Partial Dismissal and/or to Strike on or before **February 23, 2023**. Defendant must file its reply on or before **March 9, 2023**.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 8, 2023

**Approved as to Form and Substance:**

| **Trott Law, P.C.** | **Foley & Lardner LLP** |
|---|---|
| By: /s/ Robert J. Kinggo III | By:/s/ John F. Birmingham __* |
| Robert J. Kinggo III (P47150) | John F. Birmingham, Jr. |
| Trott Law, P.C. | Leah R. Imbrogno (P79384) |
| 31440 Northwestern Highway | Amir El-Aswad (P86092) |
| Suite 145 | 500 Woodward Avenue, Suite 2700 |
| Farmington Hills, MI 48334 | Detroit, Michigan 48226 |
| (248) 593-0496 | (313) 234-7100 |
| | jbirmingham@foley.com |
| | limbrogno@foley.com |
| | ael-aswad@foley.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

* w/ permission
RJKIII