UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUCCESS MORTGAGE PARTNERS, INC.,

    Plaintiff,

v.

STOCKTON MORTAGE CORP.,

    Defendant.

Case No. 22-cv-12996
Hon. Linda V. Parker
Hon. David R. Grand

___

| | |
|---|---|
| Robert J. Kinggo, III<br>Trott Law, P.C.<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334<br>(248) 593-0496<br>rkinggo@trottlaw.com<br>*Attorney for Plaintiff* | John F. Birmingham, Jr. (P47150)<br>Leah R. Imbrogno (P79384)<br>Amir El-Aswad (P86092)<br>Foley & Lardner LLP<br>500 Woodward Avenue, Suite 2700<br>Detroit, Michigan 48226<br>(313) 234-7100<br>jbirmingham@foley.com<br>llimbrogno@foley.com<br>ael-aswad@foley.com<br>*Attorneys for Defendant* |

___

## **STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPUATED by and between Plaintiff, SUCCESS MORTGAGE PARTNERS, INC., and Defendant, STOCKTON MORTGAGE CORP., that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action should be dismissed with prejudice as to Defendant, STOCKTON MORTGAGE CORP., without attorneys' fees or costs to any Party.

**Approved as to Form and Substance:**

| | |
|---|---|
| **Trott Law, P.C.** | **Foley & Lardner LLP** |
| By: /s/ Robert J. Kinggo III | By:  *John F. Birmingham, Jr.* |
| Robert J. Kinggo, III | John F. Birmingham, Jr. (P47150) |
| Trott Law, P.C. | Leah R. Imbrogno (P79384) |
| 31440 Northwestern Highway | Amir El-Aswad (P86092) |
| Suite 200 | 500 Woodward Avenue, Suite 2700 |
| Farmington Hills, MI 48334 | Detroit, Michigan 48226 |
| (248) 593-0496 | (313) 234-7100 |
| | jbirmingham@foley.com |
| *Attorney for Plaintiff* | limbrogno@foley.com |
| | ael-aswad@foley.com |
| | |
| | *Attorneys for Defendant* |