# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SUCCESS MORTGAGE PARTNERS, INC.,

    Plaintiff(s),

V.                       CASE NO. 22-12996
                           HON. LINDA V. PARKER

STOCKTON MORTGAGE CORP.,

    Defendant(s).
    _____/

## ORDER OF DISMISSAL

The parties having filed a Stipulation of Dismissal [ECF No. 18] on April 21, 2023; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

                               s/Linda V. Parker
                               Linda V. Parker
                               United States District Judge

Dated:  April 21, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 21, 2023, by electronic and/or ordinary mail.

                               s/A. Flanigan
                               Case Manager